# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CURTIS BROWN

NO. 2026 KW 0754

**AUGUST 10, 2026**

---

In Re:    Curtis Brown, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-17-0595.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed on June 19, 2023, on or before September 22, 2026. A copy of the district court's action shall be filed in this court on or before September 29, 2026.

                            EW
                            TPS
                            KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT